**ROGUT McCARTHY LLC**
37 Alden Street
Cranford, NJ 07016
(908) 931-1150
Attorneys for Defendant,
Darwin National Assurance Company



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PERROTTA, FRASER & FORRESTER, LLC, and DONALD B. FRASER, JR.,<br><br>Plaintiffs,<br><br>v.<br><br>DARWIN NATIONAL ASSURANCE COMPANY, HUDSON INSURANCE COMPANY, and WESTPORT INSURANCE COMPANY,<br><br>Defendants. | Case No: 3:10-cv-01171(FLW)<br>Judge Freda L. Wolfson<br><br>**ORDER ADMITTING CHARLES A. JONES AND MICHAEL KENNETH TO APPEAR AND PARTICIPATE** *PRO HAC VICE* |

This matter having been opened to the Court by Daniel J. McCarthy, Esq., of Rogut McCarthy LLC, counsel for Defendant, Darwin National Assurance Company ("Darwin"), for an Order allowing the appearance and participation *pro hac vice* of Charles A. Jones, Esq., and Michael Kenneth, Esq., for all purposes in the above-captioned matter, and the Court having considered said application; and there being no opposition; and for other and good cause having been shown, *as discussed during today's initial conference* pursuant to L. Civ. R. 101.1(c) of the United States District Court for the District of New Jersey:

IT IS on this _8_ day of _June_ 2010

**ORDERED**, that Charles A. Jones, Esq., and Michael Kenneth, Esq., members of the Bar of the District of Columbia, are hereby admitted to appear and participate *pro hac vice* for all

purposes of representing Darwin in the above-captioned action pursuant to L. Civ. R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and other papers filed with the Court shall be signed by Daniel J. McCarthy, Esq., or a designated attorney in his office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Charles A. Jones, Esq., and Michael Kenneth, Esq., shall each pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a) within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED** that Charles A. Jones, Esq., and Michael Kenneth, Esq., shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice* in accordance with L.Civ.R. 101.1(c)(3), *Appearance Pro Hac Vice; Local Counsel*, within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED** that Charles A. Jones, Esq., and Michael Kenneth, Esq., shall each be bound by the Local Civil Rules of the United States District Court for the District of New Jersey, including, but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** Charles A. Jones, Esq., and Michael Kenneth, Esq., shall each be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:27-7, as amended.

_____
Hon. Tonianne Bongiovanni, U.S.M.J.